UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REMBERT D. GREESON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 23-01254 (UNA) |
| ) | |
| CENTRAL INTELLIGENCE ) | |
| AGENCY *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OPINION**

Plaintiff, appearing *pro se*, has filed a Complaint against the CIA and the United States, ECF No. 1, and an application to proceed *in forma pauperis*, ECF No. 2. The Court will grant the application and dismiss this action pursuant to 28 U.S.C. § 1915A (requiring immediate dismissal of a prisoner's case against a governmental defendant upon a determination that the complaint is frivolous).

Plaintiff is incarcerated at the County Jail in Santa Barbara, California. On page one of the Complaint, Plaintiff writes: "Illegal use of U.S. Govt. technology. Illegal Surviellance [sic] and broadcasting of the plaintiff. Negliance [sic]. Harassment, Criminal misconduct, criminal activity, Physical and mental torture, involvement in other criminal activity." Plaintiff alleges that he "called the C.I.A. for help from poison attacks, ect.[sic]. They started publicizing me to People and caused more crimes. . . . They are touching me with the equipment on my head. . . . It's gotten pretty bad so that's why I filed." Compl. at 1. The allegations continue for twelve more pages in this incomprehensible manner.

Complaints premised on fantastic or delusional scenarios or supported wholly by allegations lacking "an arguable basis either in law or in fact" may be dismissed as frivolous.

1

*Neitzke v. Williams*, 490 U.S. 319, 325 (1989).  The instant complaint satisfies this standard and therefore will be dismissed by separate order.

                                                                                                     /s/
                                                                            RUDOLPH CONTRERAS
                                                                            United States District Judge

DATE: May 10, 2023